UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DELORES JOHNSON et al,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.                                No. 13-cv-442-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 2, 2014 (Doc. 29), this case is **DISMISSED** with prejudice.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:     /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

Dated: January 8, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.01.08 12:26:07 -06'00'

APPROVED:
    U. S. DISTRICT JUDGE